IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ABF FREIGHT SYSTEM, INC.,

        Plaintiff,

v.                                              Case No. 17-2324-JWL

JACK MCMILLIAN,

        Defendant.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 22) to amend the scheduling order filed on September 15, 2017 (ECF No. 12). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    All discovery shall be commenced or served in time to be completed by **May 30, 2018.**

    b.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **March 15, 2018**, and from defendant by **April 2, 2018.** Disclosures and reports by any rebuttal experts are due by **April 20, 2018**.

    c.    The final pretrial conference is rescheduled from March 19, 2018, to **June 19, 2018, at 9:00 a.m.,** in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the

1

conference.  No later than **June 11, 2018**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*.  It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

    d.    The deadline for filing all other potentially dispositive motions is **July 2, 2018.**

    e.    The deadline for filing motions challenging the admissibility of expert testimony is **July 2, 2018.**

    f.    The case shall remain set for trial on a trial calendar that will begin on **December 3, 2018.**  The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect.  The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated March 1, 2018, at Kansas City, Kansas.

                                                           s/ James P. O'Hara

James P. O'Hara
U.S. Magistrate Judge